# KOSTELANETZ LLP

### 7 WORLD TRADE CENTER, 34TH FLOOR
### NEW YORK, NEW YORK 10007

WASHINGTON, DC OFFICE
601 NEW JERSEY AVENUE, NW, SUITE 260
WASHINGTON, DC 20001
—
TEL: (202) 875-8000
FAX: (202) 844-3500

—
TEL: (212) 808-8100
FAX: (212) 808-8108
www.kostelanetz.com

ATLANTA, GA OFFICE
4279 ROSWELL ROAD, NE, SUITE 208, # 352
ATLANTA, GA 30342
—
TEL: (404) 301-4791
FAX: (678) 680-7901

March 27, 2026

**Filed on ECF**
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** **United States v. Howard Rubin, et al.**
> **25 Cr. 281 (BMC)**

Dear Judge Cogan:

We represent Defendant Stephen Powers in the above-captioned matter. We write to respectfully request a modification of Mr. Powers's travel restrictions as a condition of his bail. Both U.S. Pretrial Services and the United States Attorney's Office have informed us that they do not oppose Mr. Powers's request.

Mr. Powers was released on secured bond of $250,000 pursuant to an Order by Magistrate Judge Peggy Kuo on October 2, 2025.  He is currently living at his home located in the Northern District of Texas, with his wife and three sons (ages five, nine, and eleven).

Mr. Powers's travel is currently restricted to the Northern District of Texas, the Eastern District of Texas, and New York City (plus points in between for court travel and attorney contact only).  ECF 31. Mr. Powers has surrendered his passport to Pretrial Services and is supervised locally by Senior U.S. Probation Officer Wayne Webb in the Northern District of Texas.

We respectfully request that the Court modify Mr. Powers's travel zone to include travel within the Western District of Texas, the Southern District of Texas, and the state of Oklahoma with seventy-two hours' notice provided to the U.S. Pretrial Services Office, including the reason for the travel and all relevant details. This modification will allow Mr. Powers to transport and

supervise his three sons on excursions in Texas and Oklahoma outside of his current travel zone, as explained below.

As the Court is aware, Mr. Powers is charged in this case along with his wife, Jennifer Powers, whose travel restrictions are more restrictive than those imposed on Mr. Powers. The couple's three boys occasionally need to travel to areas of Texas or Oklahoma for school or extracurricular activities, for which they require parental supervision. For instance, Mr. Powers's eldest son participates in travel baseball, with games scheduled throughout Texas and occasionally in Oklahoma (the border of which is less than an hour from the Powers' home). In addition, Mr. Powers's nine-year old son has an overnight trip with his Boy Scout troop to the NASA Space Center in Houston this June. The boys also occasionally participate in other day and/or overnight excursions with organizations and friends outside of the Northern and Eastern Districts of Texas where they will need a parental chaperon. Mr. Powers himself also has a long-planned upcoming trip with long-time friends at a Lake in Oklahoma in April.

Rather than request permission from the Court for these planned excursions on an individual basis, we reached out to U.S. Pretrial Services and the U.S. Attorney's Office with the above proposed modifications to Mr. Powers's travel restrictions. Both have informed us that they do not object to this request.

For the foregoing reasons, we respectfully request that the Court grant Mr. Powers's request to expand the zone of his permitted travel under the conditions set forth above. We thank the Court for taking this request into consideration.

Respectfully submitted,

Christopher M. Ferguson

cc: AUSA Tara McGrath
   AUSA Kayla Bensing
   Supervising U.S. Pretrial Services Officer Michael Ilaria
   Senior U.S. Probation Officer Wayne Webb